UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| BREEDERS' CUP LIMITED, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | Civil No. 5:19-cv-00113-GFVT |
| V. | ) ) | **JUDGMENT** |
| NUVEI TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of the Plaintiff as to Count I of the Complaint;

2. Count II of the Complaint is **DISMISSED** without prejudice;

3. Count III of the Complaint is **DISMISSED** without prejudice;

4. Judgment is **ENTERED** in favor of the Plaintiff against Counterclaims I, II, III, and IV asserted in the Defendant's Answer;

5. Attorney's Fees are **AWARDED** to the Plaintiff subject to post-judgment calculation of damages;

6. All issues having been resolved, this case is **DISMISSED** and **STRICKEN** from the active docket; and

7. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 25th day of September, 2023.

Gregory F. Van Tatenhove
United States District Judge